# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT** | : CIVIL ACTION |
| v. | : NO. 18-1620 |
| **BLANCHE CARNEY,** *et al.* | : |

## ORDER

**AND NOW**, this 20th day of July 2018, upon considering Defendants' Motion to dismiss (ECF Doc. No. 12), Plaintiff's Response (ECF Doc. No. 18) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 12) is **GRANTED without prejudice** to the *pro se* Plaintiff filing an amended complaint no later than **August 20, 2018** compliant with Fed. R. Civ. P. 11 and the accompanying Memorandum.

KEARNEY, J.