IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-1620 |
| BLANCHE CARNEY, *et al.* | : | |

## ORDER

**AND NOW**, this 3rd day of October 2018, upon considering Defendants' Motion to dismiss the amended complaint and revoke *in forma pauperis* status (ECF Doc. No. 25) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 25) is **GRANTED in part** and **DENIED in part:**

1. Defendants' Motion is **granted** as to Plaintiff's conspiracy claim;

2. Defendants' Motion is **denied** as to the remaining claims;

3. Defendants' request to revoke *in forma pauperis* status is **denied**; and,

4. Defendants shall answer the remaining allegations in the Amended Complaint (ECF Doc. No. 23) no later than **October 17, 2018.**

KEARNEY, J.