Charles Talbert
PPN: 810247
7901 State Road
Phila. Pa. 19136                    March 16, 2019

                                    MAR 21 2019

United States District Court
Eastern District of Pennsylvania

Charles Talbert         :   Civil Action
         v.             :   No. 18-1620-MAK
Blanche Carney, et al   :   Motion For Counsel To Withdraw

    Plaintiff, Charles Talbert, hereby respectfully requests for this Honorable Court to withdraw J. Michael Considine, Jr., as counsel from this matter, and in support thereof, avers the following:

(1) Considine, has demonstrated that he "does not" have Plaintiff's best interest in this matter.

(2) Considine, has failed to seek a Rule 16 conference for a "scheduling conference".

(3) Considine, has failed to file a required Motion For Injunction after Plaintiff was assaulted by another prisoner, at the direction of Defendant(s), and/or, their subordinates (see misconduct report and hearing disposition).

(4) Considine, and Plaintiff, has argued numerous times.

(5) Considine, has not requested a settlement demand from Defendants.

(6) Plaintiff, has filed every document, to which this case is based on, to which Considine, as of yet

filed anything with the Court.

(7) Plaintiff, does not need Considine to represent him.

(8) Considine fails to adequately communicate (visits, mail).

WHEREFORE, Plaintiff seeks an Order from this Honorable Court, directing Considine to:

(A) forward Plaintiff all documents between Plaintiff and Defendants in his possession;

(B) withdraw as counsel; and/or

(C) set a timely hearing to resolve these issues.

NOTE! Attached hereto is a motion for injunction relief that needs to be addressed IMMEDIATELY, due to Plaintiffs life being at risks of grave danger.

Charles Albert

3/16/19

Charles Talbert
PPN: 810247
7901 State Road
Phila. Pa. 19136                    March 16, 2019

United States District Court
Eastern District of Pennsylvania

Charles Talbert          : Civil Action
        vs.              : No. 18-1620-MAK
Blanche Carney, et al    : Motion For Permanent Injunction

  Pro se, Plaintiff hereby respectfully request this Honorable Court, for an Order, granting him an immediate and urgent permanent injunction, and in support thereof avers the following:

(1) Due to Plaintiff filing this lawsuit against Defendants, and other prison staff, Defendants have implemented as well as maintained a practice, of causing Plaintiff to be at risks of being assaulted by other inmates.

(2) Defendants knew of Plaintiffs' housing area, and whatever housing unit he goes on, his unit officers make it very clear to him, and to other inmates, that Plaintiff is a "snitch", by him filing grievances and/or lawsuit against Defendants and other prison staff.

(3) This information was given to these unit officers by Defendants Carney and Clark, who happen to be the Commissioner and Deputy Commissioner of the PDP.

(4) Plaintiffs life is at risks now, by various inmates, by being labeled a "snitch" in jail, by Defendants informing non-litigants, of the lawsuit against them by Plaintiff.

(5) On February 27, 2019, while Plaintiff was on the phone with his lawyer Mr. Considine (explaining to Considine how he believes that he will be assaulted by the direction of Carney) inmate Zhyere Knox PPN# 1176167, came from Plaintiffs blind side (after getting the "okay" from the Officer) and assaulted Plaintiff, causing him injuries that made it to an "outside" hospital.

(6) On March 1, 2019, while Knox was in cell next on unit A1 pod 3, he informed Plaintiff that "the prison had a contract on his life for him being a snitch".

(7) Plaintiff has no safety whatsoever within the PDP, and due to the information herein, will likely be assaulted again without knowing where its coming from, since Defendants found a way to assault Plaintiff without their prison staff doing it.

WHEREFORE, for the reasons set forth herein, the Plaintiff requests, and respectfully suggest that the Court either:

   (A) directs counsel J. Michael Considine Jr. to argue this issue before the Court; and/or

   (B) withdraw Considine as Plaintiffs counsel, and set an appropriate Order for an injunction hearing.

Plaintiff seeks to be placed on housed-alone, rec-alone status while awaiting trial, with full access to the PDP law library.

3/16/19         Charles Talbert

```
                              Lock&Track
                          INMATE MISCONDUCT

***************************************************************************
Case Number: J19001156                        Type: CRITICAL

Inmate: TALBERT, CHARLES
Intake: 1900549    PID:  810247

Occurred: 02/27/2019 11:04                    Location: C2 Pod3
  Served:                                     By:
  Charges: FIGHTINJRY, VIORULE, DISTURB, ASSAULT
***************************************************************************
                                REPORT
***************************************************************************

Summary: Zhyare Knox PP#1176167 Charles Talbert PP#810247 began fighting
which resulted in inmate Talbert having injuries.

Narrative:On February 26th 2018, I Officer S. Ford and Officer Johnson were
assigned to C2-Pod3 for the 7-3 shift. At approximately 10:20 a.m inmate
Inmate Zhyare Knox PP#1176167 Charles Talbert PP#810247 began to have a
verbal disagreement that resulted in both inmates fighting while inmate
Talbert was using the phone.  I, Officer S. Ford and Sgt. Ball immediately
responded by giving loud verbal commands to inmate Knox while Officer
Johnson assisted inmate Talbert while he was lying on the floor bleeding.
Inmate Knox was handcuffed and escorted off the pod with no further
incident. A stretcher was called for inmate Talbert which he refused and
therfore escorted off the pod handcuffed without further incident.

Names of C/O and Supervisors:Sgt.Ball, Officer S.Ford, Officer Johnson

After Action:Both inmates were escorted to medical without further
incident.

***************************************************************************
```

| OFFENDER | DATE |
|---|---|
| OFFICER | ID    SHIFT |
| SUPERVISOR | DATE |

Knox assaulted Talbert by his blind side after c/o S. Ford told him that Talbert was a snitch, DC# 19-08-007789 P/O Godfrey #6457

1156

# Disciplinary Hearing Summary Report
## Philadelphia Prison System

| Facility: | Report date: 2/?? | Hearing date: 3/?/19 |
|---|---|---|
| Inmate name: | PP number: | Housing: |
| Reporting employee: | | Title: |
| Investigator: | | Representative: |

Inmate appearance: ☒ yes ☐ no   Reason:

Inmate's version: _____

| Documentation submitted: | ☒ incident report | ☐ medical incident report |
|---|---|---|
| ☐ confidential information | ☐ use of force report | ☒ other (specify) |

Witness name:   appearance: yes no
Testimony:

Witness name:   appearance: yes no
Testimony:

| ☐ Witness exclusion | Name: | Reason: |
|---|---|---|

Physical evidence, written testimony: M14410

Basis for finding and disposition: _____

### Disposition

☐ suspended sentence

| ☐ charge dismissed | By | Reason: |
|---|---|---|

Continuances (dates and reasons):

### Summary

| | Charge (Major/Minor) | Plea | Finding | Disposition |
|---|---|---|---|---|
| Original | | | | NOT Guilty |
| Substitute | | | | |

Disciplinary Hearing Officer signature: _____ Date: 3/?/19
Disciplinary Coordinator signature: _____ Date:

### Inmate Notice

You may appeal a finding of guilty or the punishment to the Warden within 5 days.

Delivering officer signature: _____ Date:

Warden's Review:   Date:

5 Copies: Warden, reporting employee, inmate, DHO file, inmate file

86-579

# Philadelphia Department of Prisons



Curran Fromhold Correctional Facility

## *MEMORANDUM*

To: Sergeant A. Ball

From: Inmate Charles Talbert, PP# 810247

Date: Thursday, February 28, 2019.

Subject: Incident on C2-pod3

Officer ~~Johnson~~ S. Ford told inmate ~~Z~~ Knox to assault me for filing lawsuits against the PDP.

Signature CT 810247



G.T.
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 810247

Honorable Mark A. Kearney
U.S. District Judge
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

RECEIVED MAR 21 2019