IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 18-1620** |
| | : |
| **BLANCHE CARNEY,** *et al.* | : |

## ORDER

**AND NOW,** this 25th day of April 2019, following an extensive examination of the Plaintiff and his counsel during today's Initial Pretrial Conference resulting in our finding good cause for Plaintiff's counsel's Motion to withdraw (ECF Doc. No. 48), with the Plaintiff's consent, and after Attorney Considine turned over his court file to Charles Talbert in the courtroom today, it is **ORDERED** the Motion to withdraw as attorney (ECF Doc. No. 48) is **GRANTED** conditioned upon Attorney Considine, on or before **April 29, 2019**:

1. Returning all discovery to the Defendants' counsel so Defendants' counsel can promptly mail these records to Charles Talbert, #810247 at Curran-Fromhold Correctional Facility, 7901 State Road, Philadelphia, PA 19136;

2. Mailing discovery or pleadings issued by him to Charles Talbert at the same address: #810247 at Curran-Fromhold Correctional Facility, 7901 State Road, Philadelphia, PA 19136; and,

3. Filing a certificate of compliance with this Order on or before **April 30, 2019**.

_____
KEARNEY, J.