# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : No. 2:18-cv-01620-MAK |
| v. | : |
| | : |
| **BLANCHE CARNEY, et al.,** | : |
| | : |
| Defendants | : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Defendants Blanche Carney, Gerald May, and Terrance Clark, in the above-referenced matter.

                                                Respectfully Submitted,

Date: May 15, 2019                           /s/ Steven R. Bryson
                                                Steven R. Bryson, Esquire
                                                Assistant City Solicitor
                                                Pa. Attorney Id. No. 324942
                                                City of Philadelphia Law Department
                                                1515 Arch Street, 14th Floor
                                                Philadelphia, PA 19102
                                                (215) 683-5443

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** : | |
| : | **CIVIL ACTION** |
| Plaintiff, : | No. 2:18-cv-01620-MAK |
| : | |
| v. : | |
| : | |
| **BLANCHE CARNEY, et al.,** : | |
| : | |
| Defendants : | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Notice of Appearance was filed on ECF and is available for viewing and downloading. A copy has also been sent certified mail to:

Charles Talbert
P.O. Box 48411
Philadelphia, PA 19144
*Appearing pro se*


Date: <u>May 15, 2019</u>                              /s/ Steven R. Bryson
                                                                 Steven R. Bryson, Esquire
                                                                 Assistant City Solicitor
                                                                 Pa. Attorney ID No. 324942
                                                                 City of Philadelphia Law Department
                                                                 1515 Arch Street, 14th Floor
                                                                 Philadelphia, PA 19102
                                                                 (215) 683-5443