IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 18-1620 |
| | : | |
| BLANCHE CARNEY, *et al.* | : | |

## ORDER

**AND NOW**, this 7th day of June 2019, upon considering *pro se* Plaintiff's Motion for summary judgment as to Defendants Gerald May and Terrance Clark (ECF Doc. No. 79), finding these Defendants filed an Answer (ECF Doc. No. 70) disputing the allegations, and Plaintiff does not adduce undisputed facts warranting a finding of constitutional violations but instead raises a series of fact questions subject to discovery under our April 25, 2019 Order (ECF Doc. No. 51), it is **ORDERED** Plaintiff's Motion for summary judgment (ECF Doc. No. 79) is **DENIED without prejudice** to be renewed consistent with our April 25, 2019 Order (ECF Doc. No. 51).

KEARNEY, J.