CHARLES TALBERT

7901 STATE ROAD

PHILA. PA. 19136		June 4, 2019



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CHARLES TALBERT

V.

BLANCHE CARNEY, ETAL		CIVIL ACTION NO. 18-1620-MAK

&

CHARLES TALBERT

V.

CORIZON HEALTH INC, ETAL		CIVIL ACTION NO. 18-5112-MAK

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT PLAINTIFF, CHARLES TALBERT, HEREBY APPEALS THE ABOVE TWO CAPTIONED MATTERS, TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, FROM THE ORDER DATED MAY 31, 2019, OF HON. JUDGE MARK A. KEARNEY DENYING PLAINTIFFS MOTION FOR A PRELIMINARY INJUNCTION.

DATED: JUNE 4, 2019

RESPECTFULLY SUBMITTED,

*Charles Talbert*

C. Talbert
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 816247

PHILADELPHIA PA 190
05 JUN 2019 PM 5 L

Clerk of Court
U.S. Courthouse
2nd Floor
601 Market W
Phila, PA, U.S.
19101

C.R.M.
R.A.