IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1620** |
| | : | |
| **BLANCHE CARNEY,** *et al.* | : | |

## ORDER

**AND NOW**, this 14th day of June 2019, upon considering *pro se* Plaintiff's request for review of surveillance and other discovery from the Defendants (ECF Doc. No. 85), and mindful we enforce discovery requests and allow the Defendants to produce information voluntarily, and Plaintiff fails to identify a pending unanswered request for information, it is **ORDERED** Plaintiff's request (ECF Doc. No. 85) is **DENIED without prejudice** to be renewed should a request for documents or information under Fed. R. Civ. P. 34 not be fully answered and he is able to certify the parties are unable to resolve these issues.

KEARNEY, J.