RECEIVED
JUN 1 7 2019

Charles Talbert
7901 State Road
Phila. Pa. 19136

June 8, 2019

FILED

JUN 17 2019

KATE BARKMAN, Clerk
_____ Dep. Clerk

United States District Court
Eastern District of Pennsylvania
Charles Talbert _____ . Civil Action No. 18-1620MAK
_____ v. _____ . Plaintiffs Opposition In Response
Blanche Carney, etal . To Defendants Reply To Show Cause

_____ Pro se Plaintiff Charles Talbert, hereby files this
opposition in response to Defendants memorandum of
law in response to this Honorable Courts Order to show
cause, and in support thereof, avers the following;

1. Plaintiff Still Deprived Of Outdoor Recreation
_____ And Physical Exercise

On or about June 4, 2019, the Defendants responded to
the Courts Order to show cause. Despite the mere
fact that both Pennsylvania Code Title 37, Chpt. 95,
section 95.238 and Phila Dept. of Prison Policy 3E2
allots those in segregation one-hour out of their
cell, both State Law and Prison Policy directs prison
staff to provide inmates in segregation one-hour of
both outdoor recreation [and] physical exercise. This
law and policy is straightforward, and specific, in
forming the reader that inmates in segregation are
therefore required to have access to an outside
yard, capable of moving the upper and lower limbs
without restraint. However, Major Pierre Lacombe, at
the motion hearing, clearly stated on record, that
inmates in segregation have basketball courts with
full access thereto during their one-hour out of
their cell. To this extent, the Defendants still has
shown non-compliance to State law and policy,
since Plaintiffs limbs are still being restricted
from adequate physical movement to run and play
with the basketball.

Conclusion
WHEREFORE, Plaintiff respectfully requests for the

Court to Deny Defendants Show Cause, due to their intentional noncompliance with State Law and Prison Policy, and that the Court direct the Commissioner, Blanche Carney, to provide Plaintiff and all segregated inmates access to the outdoor yard with the ability to run and play with the basketball for one hour.

Respectfully submitted,

6/8/19

Charles Talbert

C. Forbes T
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 810242

Hon. Judge MARK A. Kearney
U.S. Courthouse
601 Market
Courtroom 6B
Phila. PA. 19106

19106-174899

PHILADELPHIA PA 190

PHILADELPHIA PA 190
13 JUN 2019 PM 6 L