IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
|                 Plaintiff, | : CIVIL ACTION |
| | : No. 2:18-cv-01620-MAK |
| v. | : |
| BLANCHE CARNEY, et al., | : |
|                 Defendants | : |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Defendants' Motion to Strike ¶¶ 5, 16 through 30 of Plaintiff's Second Amended Complaint was filed via the Court's electronic filing system. A copy has also been sent certified mail to Plaintiff at the below address.

Charles Talbert
PPN 810247
CFCF
7901 State Road
Philadelphia, PA 19136
*Appearing pro se*

Date: June 18, 2019

Steven R. Bryson, Esquire
Assistant City Solicitor
Pa. Attorney ID No. 324942
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5443