# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-2368

Charles Talbert v. Blanche Carney, et al

(U.S. District Court No.: 2-18-cv-01620)

# ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 25, 2019
TMM/cc: Ms. Kate Barkman,
Zachary G. Strassburger, Esq.
Charles Talbert

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate