IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 18-1620 |
| BLANCHE CARNEY, *et al.* | : | |

## ORDER

**AND NOW**, this 1st day of July 2019, upon considering *pro se* Plaintiff's Motion for appointment of counsel (ECF Doc. No. 94), applying our discretion guided by *Houser v. Folino*[1], and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for appointment of counsel (ECF Doc. No. 94) is **DENIED**.

_____
KEARNEY, J.

---

[1] No. 16-2242, -- F.3d-- , 2019 WL 2518494 (3d Cir. June 19, 2019) (citing *Parham v. Johnson*, 126 F.3d 454, 457 (3d Cir. 1997), *Tabron v. Grace*, 6 F.3d 147, 155-56, 157 n.5 (3d Cir. 1993)).