Charles Talbert
7901 State Road
Phila, PA. 19136

FILED
JUL 10 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

RECEIVED
JUL 10 2019

June 29, 2019

United States District Court
Eastern District of Pennsylvania

Charles Talbert         . Civil Action
    vs.                 . No. 18-1620-MAK
Blanche Carney, et al   . Emergency Petition

    Plaintiff hereby moves this Honorable Court for an Order granting him emergency relief in the form of directing the Warden of the Curran Fromhold Correctional Facility (CFCF) to keep Plaintiff housed on Protective Custody, and in support thereof avers the following:

1. Plaintiff has been housed at CFCF now for approximately 7 months.
2. Plaintiff is known throughout the Philadelphia Department of Prisons (PDP) for testifying on multiple criminal cases that caused several convictions.
3. Plaintiff has filed and settled multiple civil lawsuits against PDP staff that still work on general population housing units.
4. On February 27, 2019, Plaintiff was assaulted by another inmate due to PDP staff encouraging him to do it due to Plaintiff filing lawsuits.
5. If Plaintiff goes back to general population, he is at serious risks of serious bodily injury and/or death by being stabbed.
6. On general population, Plaintiff will not be able to concentrate on his civil or criminal cases due to the fact that several inmates and officers wish to cause him bodily injury.
7. Without an Order from this Court, Plaintiff is at risks of the aforementioned.

WHEREFORE, Plaintiff seeks an appropriate order, or oral argument.

Respectfully submitted,

Charles Talbert

[ ]ASD [X]CFCF [ ]D/C [ ]HOC [ ]PICC

*Attachment 3.E.4.a*

## PROTECTIVE CUSTODY INVESTIGATION FORM

**REQUEST:**

I. [ ] The inmate has request or agrees with staff that protective custody is necessary for reasons of health or safety.

II. [X] The inmate has refused protection that staff has determined is essential.

III. [ ] The inmate has been place into protection by court order.

Inmate's Signature: _[signature]_ "refuse of PH PDP"
(Any refusal to sign will be documented)

Witness(Staff): _[signature]_ Sgt. _____ Date/Time: _____

**INVESTIGATING SUPERVISOR:**

FINDINGS OF THE INVESTIGATION WERE AS FOLLOWED:

Inmate Charles Talbert PH# 810-267 Requires Protective Custody because he was attacked by another inmate

Special Conditions:

Investigator's Signature _[signature]_

Shift Commander's Signature _____ Date and Time: _____

Deputy Warden's for Admin. Signature _____ Date and Time: _____

Copies: Dep. Comm. of Admin., Warden, Dep. Warden for Admin., Social Services, Inmate, Inmate's file

86-601

D0466



# Philadelphia Department of Prisons

Curran Fromhold Correctional Facility

## *MEMORANDUM*

**To:** Sergeant A. Ball
**From:** Inmate Charles Talbert, PP# 810247
**Date:** Thursday, February 28, 2019.
**Subject:** Incident on C2-pod3

Officer Johnson told inmate X. Knox to assault me for filing lawsuits against the PDP.

Signature
810247

D0445

# PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST/OCC | D.C. No | SECT | DIST | VEH NO | REPORT DATE |
|---|---|---|---|---|---|---|
| 19 | 08 | 7789 | 1 | 8 | 811 | 3-28-19 |

**CRIME OR INCIDENT CLASSIFICATION:** 416
**CODE:** 116
**TIME OUT:** 105 A **TIME IN:** 130 P

**LOCATION OF OCCURRENCE:** 8101 State Road
**TYPE OF PREM:** 82 (IN)

**DATE OF OCCUR:** 3-27-19  **DAY CODE:** 3  **TIME OF OCCUR:** 1017 A
**NATURE OF INJURY:** 02

**COMPLAINANT:** Charles Talbott  **DOB:** 3-27-81  **AGE:** 37  **RACE:** B  **SEX:** M  **PHONE (HOME):** None

**ADDRESS:** HOMELESS

**FOUNDED:** ☐ Yes ☐ No
**REPORT TO FOLLOW:** ☐ Yes ☐ No ☐ Close Out
**UNIT:** —
**CODE / INV CONT NO:** 10255

**WITNESS:** ☐ Yes ☐ No
**TRACEABLE PROP:** ☐ Yes ☐ No
**UNIQUE DESCRIPTION OF OFFENDER:** ☐ Yes ☐ No
**OTHER EVIDENCE:** ☐ Yes ☐ No

**DESCRIPTION OF INCIDENT:**
416 - Report of an Assault. Compl. is an inmate at CFCF (PPN 810247) and was using the phone in C-Pod 3 when he was punched 3 times in the head by P/Known inmate. Compl. was knocked unconscious and transported to Jefferson Torresdale Hospital by Prison Staff. Video of the incident was given to author by PPS Lt. Horry P# 2216495.

**OFFENDER INFORMATION:** Zhyare Knox  11-11-99  A/B/M
819 N. 11th St.  PPN 1176607

**PROPERTY DESCRIPTION:** Victims form given to Hospital Staff to: Give to Compl.
**INSURED:** ☐ Yes ☐ No
**STOLEN VALUE:** $

| VEHICLE 1 – OWNER'S NAME | VEHICLE 2 – OWNER'S NAME |
|---|---|
| | |
| **VEHICLE 1 – OPERATOR'S NAME** | **VEHICLE 2 – OPERATOR'S NAME** |
| | |

**WANTED/STOLEN MESSAGE SENT:**
**DIST/UNIT TERMINAL:**
**RECEIPT NO:**
**SENT BY:**

**General No.** · **Date**
**REPORT PREPARED BY:** Godfrey 2506111
**REVIEWED BY:** — **NO:** 1057 **DIST/UNIT:** 811 **REFERRAL DATE:** — **TOTAL PAGES:** — **PAGE NO:** 1 **CEN NO:** —

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM.

75-48 Front (Rev 11/09)

C.T.
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 810247

PHILADELPHIA PA 190

08 JUL 2019 PM 4   FOREVER
Barn Swallow

U.S.M.S.
X-RAY

U.S. Clerk of Court
U.S. Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797

1910681729 C019