IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1620** |
| | : | |
| **BLANCHE CARNEY**, *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of July 2019, upon considering the *pro se* Plaintiff's Request for a restraining order (ECF Doc. No. 128) to stop non-party correctional officers from either insulting or threatening him, and finding there is no imminent or irreparable harm based on past conduct nor are either of the officers named in this lawsuit, it is **ORDERED** Plaintiff's Request (ECF Doc. No. 128) is **DENIED** and, absent imminent harm, he is precluded from filing another *in forma pauperis* lawsuit but may pay the fees and pursue claims against Officers Brown and Corley should he have a good faith belief they are violating his constitutional rights.

_____
KEARNEY, J.