# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 18-1620 |
| | : | |
| **BLANCHE CARNEY**, *et al.* | : | |

## ORDER

**AND NOW**, this 13th day of August 2019, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 119), Plaintiff's Opposition (ECF Doc. No. 135), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 119) is **GRANTED in part** and **DENIED in part:**

1. Absent Defendants adducing evidence of their reasons for the 2017 placement, we find genuine issues of material fact preclude summary judgment on Plaintiff's First Amendment retaliation and procedural due process claims arising from the 2017 placement in administrative segregation; and,

2. We grant summary judgment dismissing Plaintiff's remaining claims relating to substantive due process, access to religious services, and claims seeking to impose supervisory liability on Commissioner Carney and Wardens May and Clark for Officer Ford's alleged retaliation in 2019.

*[signature]*
**KEARNEY, J.**