IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1620** |
| | : | |
| **BLANCHE CARNEY**, *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of September 2019, upon considering the *pro se* Plaintiff's Motion for preliminary and permanent injunctive relief (ECF Doc. No. 175) raising concerns about possible risks of harm from other inmates but his only remaining claims involve Officer Shaniqua Ford for conduct arising long ago, finding there is no plead basis to find Officer Ford controls Plaintiff's conditions of confinement and, to the contrary, the *pro se* Plaintiff concedes the Curran Fromhold Correctional Facility or Department of Corrections allegedly place him at risk from other inmates through custodial assignment, and further finding we cannot enter an Order based on the present allegations directly interfering in the day-to-day operations of assignments to protective custody at Curran Fromhold Correctional Facility, and thus finding the *pro se* Plaintiff failed to establish a likelihood of success on the merits, particularly given Officer Ford's pending Motion to dismiss (ECF Doc. No. 173) to which Plaintiff must respond on or before **October 8, 2019**, it is **ORDERED** *pro se* Plaintiff's Motion for injunctive relief (ECF Doc. No. 175) is **DENIED**.

KEARNEY, J.