IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1620** |
| | : | |
| **BLANCHE CARNEY,** *et al.* | : | |

## ORDER

**AND NOW**, this 2nd day of October 2019, upon considering the *pro se* Plaintiff's Motion to strike (ECF Doc. No. 177) his filing in another case at No. 18-5112 but misfiled in this caption, it is **ORDERED** Plaintiff's Motion to strike (ECF Doc. No. 177) is **DENIED** in this caption but the Clerk of Court shall file the "Final Amended Complaint" attached to the Motion to strike (ECF Doc. No. 177) as a Final Amended Complaint in No. 18-5112 consistent with our September 17, 2019 Order (ECF Doc. No. 69) on No. 18-5112.

_____
**KEARNEY, J.**