IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-1620 |
| | : |
| **BLANCHE CARNEY,** *et al.* | : |

## ORDER

**AND NOW**, this 4th day of October 2019, upon considering the *pro se* Plaintiff's Petition for an opinion which we liberally construe as untimely seeking reconsideration (ECF Doc. No. 181) of our September 10, 2019 Judgment (ECF Doc. No. 167), it is **ORDERED** the *pro se* Plaintiff's Request (ECF Doc. No. 181) is **GRANTED** to clarify our September 6, 2019 Judgment (ECF Doc. No. 165) mistakenly closed the case before resolving Plaintiff's claims against remaining Defendant Officer Shaniqua Ford; we vacated this September 6, 2019 Judgment (ECF Doc. No. 166); issued a new Judgment on September 10, 2019 (ECF Doc. No. 167) confirming the case is not closed but judgment is entered in favor of Blanche Carney, Gerald May, and Terrance Clark; and, we continue to proceed with Officer Shaniqua Ford's unopposed Motion to strike (ECF Doc. No. 173).

KEARNEY, J.