Charles Talbert
No. 810247
CFCF
7901 State Road
Phila, PA, 19136

September 30, 2019

United States District Court
Eastern District of Pennsylvania

Charles Talbert          Civil Action No. 18-1620-MAK
      v.                 Plaintiff's Opposition In Response
Shaniqua Ford, et al     To Defendants' Motion To Strike

Plaintiff, hereby submits his opposition in response to Defendants motion to strike, and in support thereof represents:

I. Issues Against New Defendant(s) Are Material And In Correlation To The Original Issues

In the original complaint, Plaintiff sued Commissioner Blanche Carney, and Wardens Terance Clark, and Gerald May for retaliating against him for filing grievances and lawsuits against them and other prison staff members. In the amended complaint, Defendant Ford also retaliated against Plaintiff by going out of her way to have Plaintiff assaulted for the lawsuit filed against Carney. When the assault occurred, Carney was informed of Fords actions, and still covered up Fords conduct without infraction. Instead, Carney assigned Lieutenant Eric Murracy to the investigation, knowing that the two are close and that Ford would not be in trouble. The acts and omissions of Ford reflect the ongoing civil matter with Carney. Had he not had a lawsuit against Carney, Ford would not have caused Plaintiff to be assaulted.

II. Imminent Danger

As aforementioned, Fords' conduct caused Plaintiff to be assaulted for the lawsuit filed against Carney. Ford has, and still is, a correctional officer at

CFCF, while the inmate to whom assaulted Plaintiff is too. Carney did not move neither Ford or Knox to another prison. Ford also speaks with other inmates besides Knox, and if she can get one inmate to assault Plaintiff while not looking, its very possible and foreseeable that she can cause this to happen again. Second, Carney caused Knox to be arrested for assaulting Plaintiff, to which now, Knox has informed almost the whole Philadelphia Department of Prisons that Plaintiff is telling on him, when in all actuality Plaintiff informed the police that he did not want to press charges just for that purpose. Carney knew that Plaintiff would be labeled a snitch for her actions. Attached is the subpoena that Plaintiff was given by prosecutors. Plaintiff is at serious risks of danger should Knox stay at CFCF and continue to inform others of this assault case that Ford orchestrated by Plaintiffs lawsuits against Carney and other prison staff.

Conclusion

WHEREFORE, this Honorable Court has already given Plaintiff permission to allow the aforementioned civil amended complaint to proceed, so that fact, and all material reasons herein, the amended complaint should continue to discovery, and the Defendants motion to strike pursuant to the aforesaid facts and (collateral estoppel) should be denied, as this issue has already been litigated where it was accepted on May 7, 2019.

9-30-19

Charles Talbert

THE CITY AND COUNTY OF PHILADELPHIA
THE COMMONWEALTH OF PENNSYLVANIA

BRING THIS SUBPOENA WITH YOU
TRAIGA ESTA CITA CON USTED

# WITNESS SUBPOENA

| Case Number | Commonwealth (El Estado) vs. | PID |
|---|---|---|
| MC51CR-0023997-2019 | ZHYARE KNOX | 1176167 |

CHARLES TALBERT
8001 STATE RD
PHILADELPHIA PA 19136-2908

THE PHILADELPHIA MUNICIPAL COURT
*CRIMINAL DIVISION*
COURT OF COMMON PLEAS OF PHILADELPHIA
*TRIAL DIVISION CRIMINAL SECTION*
CRIMINAL JUSTICE CENTER, 1301 FILBERT ST.

| APPEAR IN | | |
|---|---|---|
| ON Date - Fecha | Courtroom Corte Sala | AT Time Hora |
| 09/26/2019 | 0703 | 08:00AM |
| CJC - 1301 FILBERT ST. | | |

You are commanded by the COURT to appear in this case, at the precise time and place indicated above.
This subpoena shall be continuing and shall remain in force until the termination of the above criminal proceeding.

Usted está ordenado por la CORTE a comparecer como testigo en éste caso en el sitio y la hora indicada.
Ésta cita será contínua y quedará vigente hasta la terminación de los actos criminales arriba mencionado.


President Judge, Municipal Court


President Judge, Court of Common Pleas

This subpoena, dated 09/17/2019, supercedes any previous subpoena regarding this case.

*For additional information, please see other side.*

---

Return this portion IMMEDIATELY.
Use the return prepaid envelope.

| Case # | Commonwealth vs. |
|---|---|
| MC51CR-0023997-2019 | ZHYARE KNOX |

\* 3 3 5 6 5 6 \*

Devuelva ésta porción IMMEDIATAMENTE.
Use el sobre prepagado proveído con ésta cita

| Date | Room | Time |
|---|---|---|
| 09/26/2019 | 0703 | 08:00AM |

Unit: MCU

Please list phone number and time you can be contacted.
Si por alguna razón éste caso tiene que ser continuado deje un número de teléfono y hora donde pueda ser notificado.

Home: _____   Work: _____   Cell: _____

I acknowledge receipt of this subpoena. I will appear as scheduled.   Yo admito haber recibido ésta cita y compareceré como es ordenado.

Email: _____
Comments: _____
_____
ADA: _____

Signature of Witness
CHARLES TALBERT

Return to: Pre-Trial, District Attorney's Office, 3 South Penn Square, Philadelphia, PA  19107

DAWS39 04/201



**District Attorney**

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

Friday, September 20, 2019

Mr. CHARLES TALBERT
7901 STATE RD
Philadelphia          PA     19136

Dear Mr. TALBERT     :

This is to advise you that the Private Criminal Complaint that was prepared for you by this office on   9/20/2019   against   BLANCHE CARNEY

has been disapproved by an Assistant District Attorney for the following reason (s):

Prosecutorial Discretion; Matter not appropriate for a Private Criminal Complaint. Obtain an attorney to pursue civil remedy.

If you wish to appeal this decision, you or your attorney must come into my office at 1425 Arch Street, 4th Floor, and file your appeal by  10/20/2019

Sincerely,

Hassell, Schanda
Criminal Complaint Unit

260991

Received Denial Letter _____

Copies was sent to U.S. Attorney General in Washington, DC



**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

**District Attorney**

Friday, September 20, 2019

Mr. CHARLES TALBERT
7901 STATE RD
Philadelphia     PA     19136


Dear Mr. TALBERT         :

This is to advise you that the Private Criminal Complaint that was prepared for you by this office on    9/20/2019    against   GERALD MAY

has been disapproved by an Assistant District Attorney for the following reason (s):

Prosecutorial Discretion; Matter not appropriate for a Private Criminal Complaint. Obtain an attorney to pursue civil remedy.


If you wish to appeal this decision, you or your attorney must come into my office at 1425 Arch Street, 4th Floor, and file your appeal by   10/20/2019

                                                       Sincerely,

                                                       Hassell, Schanda
                                                       Criminal Complaint Unit

260992

Received Denial Letter _____



**District Attorney**

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

Friday, September 20, 2019

Mr. CHARLES TALBERT
7901 STATE RD
Philadelphia         PA     19136

Dear Mr. TALBERT         :

This is to advise you that the Private Criminal Complaint that was prepared for you by this office on    9/20/2019    against   TERRANCE CLARK

has been disapproved by an Assistant District Attorney for the following reason (s):

Prosecutorial Discretion; Matter not appropriate for a Private Criminal Complaint. Obtain an attorne to pursue civil remedy.

If you wish to appeal this decision, you or your attorney must come into my office at 1425 Arch Street, 4th Floor, and file your appeal by   10/20/2019

Sincerely,

Hassell,Schanda
Criminal Complaint Unit

260993

Received Denial Letter _____

RECEIVED

Charles Talbert          MAR 1 9 2019
PPN: 810247              PHILADELPHIA PRISONS
A13-18 cell              COMMISSIONER'S OFFICE
                                          March 13, 2019

Re: Request For Compensation To Avoid
    New Lawsuit And/or Criminal Charges

Dear Commissioner:

Kindly note that on February 27, 2019, one of your officers, S. Ford, caused me to become assaulted by another inmate, by telling that inmate, Thyane Knox, "I'm a snitch."

S. Ford, between February 25th and 27th, was calling me a "jailhouse snitch" several times, to inmates on unit C2 pod 3.

As the Commissioner, and Defendant in several lawsuits, with knowledge of my history with prison staff within the PDP due to lawsuits, you should have ensured my safety in two possible ways:
(1) transferred me to another county (not in PDP jurisdiction) while awaiting trial (e.g. Montgomery, Bucks, etc); or
(2) housed me on a unit where only "older" men are housed, and not around crash dummies in their mid-twenties looking to make a name.

D0435

However, under the Federal Crimes Code Title 18, USC section(s) 241 and 242, both you and S. Ford can receive up to 10-20 years for causing a Federal Plaintiff my injuries.

This is also a matter, definitely, that the Federal Judge would discipline you for both civilly and criminally.

However, I am willing to cease any civil and/or criminal litigation, in regards to the above mentioned assault against you and S. Ford, if you are willing to reasonably compensate me in the form of:

(1) Keep me housed on D14, in a single-cell (per medical issues) with decent staff (Sgt. Rooney has to be moved to another area), and

(2) A $250.00 commissary bag (including a walk man).

Should we can't come to this reasonable agreement, to avoid criminal and civil litigation, I will have my lawyer begin all necessary paperwork for the investigation from the FBI to begin.

Thank you for being reasonable and for your time.

Sincerely,
Charles Talbot

D0436

C. Talbert
Federal Detention of Prisons
Philadelphia, PA 19136
PFN 810215

U.S. Clerk of Court
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106