## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-1620** |
| | : | |
| **BLANCHE CARNEY**, *et al.* | : | |

## ORDER

**AND NOW**, this 10th day of October 2019, upon considering Plaintiff's Motion for leave to amend (ECF Doc. No. 179), his failure to show imminent danger allowing him to proceed *in forma pauperis* with new claims against dismissed parties and new parties in this case after our April 5, 2019 Order in C.A. No. 19-1340 and 28 U.S.C. § 1915(g), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 179) is **DENIED** without prejudice to him timely filing a new case and paying the required fees.

**KEARNEY, J.**