IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-1620 |
| BLANCHE CARNEY, *et al.* | : |

## ORDER

**AND NOW**, this 10th day of October 2019, upon considering Defendant's Motion to strike allegations against Officer Ford (ECF Doc. No. 173), Plaintiff's Response (ECF Doc. No. 186) failing to show imminent danger caused by Officer Ford which may allow him to proceed *in forma pauperis* with new claims under our April 5, 2019 Order in C.A. No. 19-1340 and 28 U.S.C. § 1915(g), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant Ford's Motion to strike (ECF Doc. No. 173) is **GRANTED**;

2. We **strike** paragraphs 6, 19-21, 23-26, and 28-30 of the second amended Complaint (ECF Doc. No. 61) to the extent they refer to Officer Ford;

3. We **dismiss** Officer Ford as Plaintiff fails to show imminent danger exempting him from the three strikes rule under the Prisoner Litigation Reform Act but without prejudice to timely filing a new case and paying the required fees; and,

4. The Clerk of Court shall **close** this case.

KEARNEY, J.