Charles Talbert
No. 810247
CFCF
7901 State Road
Phila, Pa. 19136

FILED
OCT 16 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

October 11, 2019

United States District Court
Eastern District of Pennsylvania

Charles Talbert            Civil Action
        v.                 No. 18-1620-MAK
Blanche Carney, et al      Notice of Appeal

Plaintiff, pursuant to the judgment entered on September 10, 2019, and the clarification order on October 4, 2019, hereby puts this Court on notice of his request to appeal the September 10, 2019 Judgment.

In addition to this notice, Plaintiff hereby seeks this Honorable Court to provide him a copy of the trial transcript, as he is moving in forma pauperis and needs to submit parts of that transcript to the Third Circuit.

OCT 18 2019

Charles Talbert



C. Talbert
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN _____ 810247

Transcript Request
Notice of Appeal

Hon. Judge Mark A. Kearney
U.S. Courthouse
6th Floor
601 Market Street
Philadelphia PA 19106