IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-1620 |
| | : | |
| BLANCHE CARNEY, *et al.* | : | |

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-5112 |
| | : | |
| CORRECTIONAL DENTAL ASSOCIATES, *et al.* | : | |

## ORDER

AND NOW, this 23rd day of October 2019, upon considering the *pro se* prisoner's Plaintiff's "Brief in support of claims" (ECF Doc. Nos. 193, 194) filed in No. 18-1620 against parties not in the No. 18-1620 case and remaining unserved in No. 18-5112 (according to the docket), it is ORDERED the Clerk of Court shall docket Plaintiff's mistakenly identified briefs (ECF Doc. Nos. 193, 194) filed in No. 18-1620 in No. 18-5112.[1]

KEARNEY, J.

---

[1] *Pro se* Plaintiff, who has filed dozens of cases in this Court, is reminded to file papers under the right caption if he wishes our consideration of his arguments in the ongoing case at No. 18-5112.